NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SHIMANO, INC.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**MBI CO., LTD.,**
*Cross Appellant.*

---

2012-1286, -1294
(Reexamination No. 95/001,051)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Shimano, Inc. moves to include, as an addendum to its response/reply brief, the original and a certified English

SHIMANO, INC. V. DAVID KAPPOS, DIRECTOR, PTO                    2

translation of a February 29, 2012 letter from MBI Co. LTD ("MBI") charging Shimano with patent infringement. MBI opposes.  The Director of the United States Patent and Trademark takes no position.  Shimano replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

SEP 2 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James A. Deland, Esq.
     Raymond T. Chen, Esq.
     Richard Wydeven, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 6 2012

JAN HORBALY
CLERK